**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Elvin Redmond

(Enter above the **FULL** name and inmate
number of the plaintiff or plaintiffs in this action)

vs.                                                                                     **COMPLAINT**

UNI (at Iowa City),
Robert Johnson, Warden, Ft. Dodge,
Jim McKinney, Warden, (IMCC).

(Enter above the **FULL** name of each defendant
in this action)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for EACH plaintiff by name, using a separate sheet of paper.

I.  Previous Lawsuits:

   A. Have you begun other lawsuits in State or Federal Court dealing with the <u>same facts</u> involved in this action or otherwise relating to your imprisonment?
   Yes ( )   No (X)

   B. If your answer to A is Yes, please answer questions 1 thru 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

   N/A

1. Parties to this previous lawsuit
   Plaintiffs _____N/A_____

   Defendants _____

2. Court (if Federal Court, name the district; if State Court, name the county)
   _____N/A_____

3. Docket Number _____N/A_____

4. Name of Judge to whom the case was assigned _____N/A_____

5. Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

6. Approximate date of filing lawsuit _____N/A_____

7. Approximate date of disposition _____N/A_____

II. Place of Present Confinement __IMCC, Coralville, Iowa__

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X) No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (X) No ( )

   C. If your answer is **Yes**,
      1. What steps did you take? Filed a written grievance; + Appealed to (A.) Warden, and (B.) Des Moine

      2. What was the result? Partially Granted

   D. If your answer is **No**, explain why not N/A

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (X)

   F. If your answer is **Yes**,
      1. What steps did you take? N/A

      2. What was the result?

      N/A

2

III. Parties
(In item **A** below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiff(s), if any.)

A. Name of Plaintiff Elvin Redmond

Address IMCC, 2700 Coral Ridge Avenue, Coralville, Iowa

B. Additional plaintiffs _____

(In item **C** below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item **D** for the names, positions, and places of employment of any additional defendants.)

C. Defendant University of Iowa City

is employed as The doctor's overseeing my medical

at _____

D. Additional defendants Robert Johnson, Warden Ft. Dodge Jim McKinney 2700 Coral Ridge Avenue Coralville, Iowa 522

IV. Jurisdiction
This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343. Plaintiff(s) allege(s) the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

3

V. **Statement of Claim**

(state here as briefly as possible the **FACTS** of your case. You **MUST** state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading **PART V CONTINUED** at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

The doctor at Fort Dodge (3/26/17) (Ex. A.) sent me to Iowa City; Iowa City sent me back stating "I did not need antibiotics." Four days later the Doctor at Fort Dodge sent me back to Iowa City -- And that is when Iowa City made the decision to keep me. Next I was sent to IMCC at Oakdale where I remained, not a piece of Medical, for 1½ months. This is also when these people (IMCC) missed a medical appointment. This "missed" appointment is the

VI. (State briefly exactly what you want the Court to do for you. Make no legal arguments. **Do not cite cases or statutes**.)

The best prostestics that money can buy; make (IMCC) and Iowa City create a better system so that appointments can not be missed in the future; 5-milliar for my two-right-foot toe's, in the first surgery; And 10-million for the surgery that took "everything" below my right-knee!

VII. Statement Regarding Assistance in Preparing this Complaint
  A. Did any person other than a named plaintiff in this action assist you in preparing this complaint? Yes (✓) No ( )
  B. If your answer is Yes name the person who assisted you. Harold Leroy Page
  C. Signature of person who helped prepare complaint.
  (Signature) Harold Leroy Page       (Date) 9/23/17

VIII. **Signature(s) of Plaintiff(s)**

Signed the 15 day of NOV.
(Signature of Plaintiff) _Elvin Richmond_
Signatures of additional plaintiffs, if any:

4

NOTE: Effective 9/15/11 IMCC is scanning Prisoner filings to the Southern District of Iowa.
-J. Morawski, Case Management Supervisor 8/27/14

(Continued: Page-4; V. Statement of Claim)

beggining of what caused me to "first" lose "two-toes" and after that part of lower-leg. When I did go to Iowa City, put a cast on below the knee and it covered the whole foot. It was on 4-weeks and yet, I informed (IMCC) nurses, doctors, that my foot smelled bad, but nothing was done. I do not know the reason for the cast, when they had decided to remove "two-toes" before putting on the cast. Next they took-off the cast, which smelled horrible, after that they told me they had to cut-off two-toes, but that because "they" messed up my kidney's, they would need to do a second-surgery and remove "everything" below the knee of my right-foot. I believe the "cause" for them to remove "everything" below my right-knee was totally (IMCC) and (Iowa City's) fault.